PHILLIP A. TALBERT
United States Attorney
JASON P. BASKETT
Special Assistant United States Attorney
1 S. Rosamond Blvd
Edwards AFB, CA
Telephone: (661) 277-4310

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREA D. KENNEDY,<br><br>　　　　　　Defendant. | Case No. 5:21-PO-00546-SAB<br><br>MOTION TO TERMINATE PROBATION AND VACATE REVIEW HEARING SET FOR JUNE 6, 2023 |

　　　　On June 13, 2022, defendant Andrea D. Kennedy was found guilty in Case No. 5:21-PO-00546-SAB. She was sentenced to pay a $800.00 total financial obligation. She was also sentenced to probation for a period of two years expiring on 13 June, 2024. A Review Hearing was also set for June 6, 2023 at 10:00 AM at the Bakersfield Federal Courthouse.

　　　　On June 16, 2022, defendant's $800.00 total financial obligation was received. Also, on August 12, 2022, Edwards Air Force Base Security Forces ran a criminal background check on defendant and found that she had not committed any law violations during the period of her probation. As the defendant has paid her total financial obligation and has complied with the terms of her probation, the government moves for early termination of defendant's probation and vacation of the Review Hearing set for June 6, 2023.

Respectfully submitted,

                                             PHILLIP A. TALBERT
                                             United States Attorney

Date:  August 4, 2022                */s/ Jason Baskett*
                                             JASON BASKETT
                                             Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED.** Probation for defendant Andrea D. Kennedy in Case No. 5:21-PO-00546-SAB is hereby terminated, as defendant has paid the entirety of her $800.00 total financial obligation and has complied with the terms of her probation. The Review Hearing set for June 6, 2023, is also hereby vacated.

IT IS SO ORDERED.

Dated:  **August 22, 2022**                                           
                                                    UNITED STATES MAGISTRATE JUDGE